No. 82–675. ARIZONA ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (KAISER CEMENT & GYPSUM CORP. ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Four Members of the Court have disqualified themselves in this case. Because of this absence of a quorum, 28 U. S. C. § 1, and since a majority of the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of Court, the judgment and order are affirmed under 28 U. S. C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court."

No. 82–677. PHILLIPS CRANE & RIGGING OF SAN ANTONIO, INC., ET AL. *v.* SHAW ET AL. Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 82–835. THOMPSON ET AL. *v.* PEOPLES LIBERTY BANK. Appeal from Ct. App. Ky. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–891. PHOENIX UNION HIGH SCHOOL DISTRICT ET AL. *v.* UNITED STATES. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1037. TROST *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (ROTHBERG, REAL PARTY IN INTEREST). Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.